| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DOUGLAS FISHER, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:09-CV-59
§
WARDEN ALFORD, §
§
    Defendant. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    Plaintiff Douglas Fisher, an inmate confined within the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit.

    The court previously referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter. The magistrate judge recommends this lawsuit be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

    The court has received the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. No objections were filed to the magistrate judge's Report and Recommendation

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered dismissing this lawsuit.

SIGNED at Beaumont, Texas, this 2nd day of March, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE